COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-22-00878-CV

Style:                       Awad Mustafa v. HTS Services, Inc. and Tarek Morsi, Misel Repak, Mahmoud Hassan, Shafi Mohamed and Yewande Adelaja

Trial Court Case Number:     2022-54542

Trial Court:                 80th District Court of Harris County

Type of Motion:              Objection to Mediation

Party Filing Motion:         Appellee

Appellee has objected to mediation. The Court's mediation order dated December 15, 2022 is withdrawn.

Judge's signature: /s/ Amparo Guerra _____
                   Acting individually

Date: December 21, 2022

---

\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).